IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00405-BNB

RUSSELL EUGENE FREEMAN,

    Plaintiff,

v.

GARY WATKINS, Warden F.C.F.,
GLORIA MASTERSON, Assoc. Warden,
MICHAEL CLARK, Corr. Officer, Rec.,
LISA LEHN, Lieutenant,
CHARLES TAPPE, Hearing Chair Off.,
BRIAN BRADEN, Life Safety Coord.,
CHUCK DONLEY, Captain,
MARIA BORK, Corr. Officer,
DONNIE McCLURE, Corr. Officer,
DARRYL DIRECTO, Lieutenant,
BETTY RIGGIN, Lieutenant,
JOHN CARROLL, Case Manager III,
ROBERT LEWIS, Case Manager,
LARRY RIED, Warden C.S.P.,
CATHIE SLACK, Assoc. Warden,
RANDY FOSHE, Assoc. Warden,
ANGEL MEDINA, Security Major,
ROBERT ALLEN, Assoc. Warden,
JOE ORTIZ, Exec. Dir. (D.O.C.),
LIEUTENANT DEPPE,
CATHIE HOLST, Law Librarian,
CHARLES GIGANTE, Captain, and
ANY AND ALL OTHER JOHN DOES, all severally and jointly in their individual and
    official capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

On April 24, 2007, the court ordered Plaintiff to show cause why the instant action should not be dismissed for failure to comply with the court's order of March 30,

2006, and the filing fee payment requirements of 28 U.S.C. § 1915(b)(2). On May 23, 2007, Plaintiff submitted his response to the show cause order. Attached to that response is a certified copy of Plaintiff's inmate trust fund account statement showing that he has had a negative balance in his account from March 30, 2006, to the present. Therefore, the complaint will not be dismissed at this time for failure to make the required filing fee payments or for failing to show cause each month why no payment was required. The April 24 show-cause order will be discharged. Plaintiff is reminded that he must continue to make monthly filing fee payments in accordance with § 1915(b)(2) and the court's March 30, 2006, order until the filing fee is paid in full or to show cause each month why he is unable to make a monthly payment. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on April 24, 2007, is discharged.

DATED May 24, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00405-BNB

Russell E. Freeman
Prisoner No. 76566
Centennial Corr. Facility
PO Box 600
Canon City, CO 81215- 0600

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk