IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00405-MSK-BNB

RUSSELL EUGENE FREEMAN,

    Plaintiff,

v.

GARY WATKINS, Warden F.C.F.,
GLORIA MASTERSON, Assoc. Warden,
MICHAEL CLARK, Corr. Officer, Rec.,
LISA LEHN, Lieutenant,
CHARLES TAPPE, Hearing Chair Off.,
BRIAN BRADEN, Life Safety Coord.,
CHUCK DONLEY, Captain,
MARIA BORK, Corr. Officer,
DONNIE McCLURE, Corr. Officer,
DARRYL DIRECTO, Lieutenant,
BETTY RIGGIN, Lieutenant,
JOHN CARROLL, Case Manager III,
ROBERT LEWIS, Case Manager,
LARRY RIED, Warden C.S.P.,
CATHIE SLACK, Assoc. Warden,
RANDY FOSHE, Assoc. Warden,
ANGEL MEDINA, Security Major,
ROBERT ALLEN, Assoc. Warden,
JOE ORTIZ, Exec. Dir. (D.O.C.),
LIEUTENANT DEPPE,
CATHIE HOLST, Law Librarian,
CHARLES GIGANTE, Captain, and
ANY AND ALL OTHER JOHN DOES, all severally and jointly in their individual and
    official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 6 2007

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 5th day of June, 2007

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00405-MSK-BNB

Russell E. Freeman
Prisoner No. 76566
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215- 0600

Gary Watkins, Gloria Masterson, Michael Clark, Lisa Lehn,
Charles Tappe, Brian Braden, Chuck Donley, Maria Bork,
Donnie Mcclure, Darryl Directo, Betty Riggin, John Carroll, Robert Lewis,
Larry Ried, Cathie Slack, Randy Foshe, Angel Medina, Robert Allen,
Lieutenant Deppe, Cathie Holst, and Charles Gigante,  - **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Gary Watkins, Gloria Masterson, Michael Clark, Lisa Lehn, Charles Tappe, Brian Braden, Chuck Donley, Maria Bork, Donnie Mcclure, Darryl Directo, Betty Riggin, John Carroll, Robert Lewis, Larry Ried, Cathie Slack, Randy Foshe, Angel Medina, Robert Allen, Lieutenant Deppe, Cathie Holst, and Charles Gigante; to The US Marshal Service for service of process on Joe Ortiz; and to John Suthers: SECOND AMENDED COMPLAINT FILED 08/22/06, SUPPLEMENT TO COMPLAINT FILED 8/28/06, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/6/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk