IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00405-MSK-BNB

RUSSELL E. FREEMAN,

Plaintiff,

v.

GARY WATKINS, F.C.F. Warden, and individually,
GLORIA MASTERSON, Associate Warden, and individually,
MICHAEL CLARK, Corr. Officer, Rec., and individually,
LISA LEHN, Lieutenant, and individually,
CHARLES TAPPE, Hearing Chair Officer, and individually,
BRIAN BRADEN, Life Safety Coord., and individually,
CHUCK DONLEY, Captain, and individually,
MARIA BORK, Corr. Officer,, and individually,
DONNIE MCCLURE, Corr. Officer, and individually,
DARRYL DIRECTO, Lieutenant, and individually,
BETTY RIGGIN, Lieutenant, and individually,
JOHN CARROLL, Case Manager III, and individually,
ROBERT LEWIS, Case Manager, and individually,
LARRY RIED, C.S.P. Warden, and individually,
CATHIE SLACK, Assoc. Warden, and individually,
RANDY FOSHEE, Assoc. Warden, and individually,
ANGEL MEDINA, Security Major, and individually,
ROBERT ALLEN, Assoc. Warden, and individually,
JOE ORTIZ, Exec. Dir. (D.O.C.), and individually,
LIEUTENANT DEPPE, individually,
CATHIE HOLST, Law Librarian, and individually,
CHARLES GIGANTE, Captain Ch. #8, any and all other John Does, all severally and jointly in their official capacity, and individually, and
ROBERT ALLEN, Assoc. Warden, and individually,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff on September 17, 2007 (the "Motions"):

1. **Motion for Discovery** [Doc. #83];

2. **Motion for Notice and Order** [Doc. #84]; and

3. **Motion and Notification of Depositions** [Doc. #86].

In his Motion for Notice and Order, the plaintiff "requests this court to issue its order warning the defendant's [sic] their agents and/or employees to cease and desist any and all attempts to intefer [sic] or impede with the plaintiff's access to the courts and that any further attempts will be meted out with contempt citations and sanctions or any other actions this court deems just and proper." The plaintiff's request is DENIED.

In his Motion for Discovery, the plaintiff seeks various discovery materials from the defendants. Accordingly, I construe the Motion as a request for an order compelling the defendants to produce discovery. In his Motion and Notification of Depositions, he requests that the Court subpoena 33 individuals so that he can take their depositions.

The plaintiff filed his Second Amended Complaint on August 22, 2006. The defendants filed their Answer on August 6, 2007. This case is set for a preliminary Scheduling Conference on October 18, 2007. It is premature for the parties to engage in discovery. Fed.R.Civ.P. 26(d).

In addition, the rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery have failed. Fed.R.Civ.P. 37. Before motions to compel are proper, the plaintiff must first attempt to obtain discovery pursuant to the rules.

IT IS ORDERED that the Motions are DENIED.

2

Dated September 21, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge