IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00405-MSK-BNB

RUSSELL E. FREEMAN,

Plaintiff,

v.

GARY WATKINS, F.C.F. Warden, and individually,
GLORIA MASTERSON, Associate Warden, and individually,
MICHAEL CLARK, Corr. Officer, Rec., and individually,
LISA LEHN, Lieutenant, and individually,
CHARLES TAPPE, Hearing Chair Officer, and individually,
BRIAN BRADEN, Life Safety Coord., and individually,
CHUCK DONLEY, Captain, and individually,
MARIA BORK, Corr. Officer,, and individually,
DONNIE MCCLURE, Corr. Officer, and individually,
DARRYL DIRECTO, Lieutenant, and individually,
BETTY RIGGIN, Lieutenant, and individually,
JOHN CARROLL, Case Manager III, and individually,
ROBERT LEWIS, Case Manager, and individually,
LARRY RIED, C.S.P. Warden, and individually,
CATHIE SLACK, Assoc. Warden, and individually,
RANDY FOSHEE, Assoc. Warden, and individually,
ANGEL MEDINA, Security Major, and individually,
ROBERT ALLEN, Assoc. Warden, and individually,
JOE ORTIZ, Exec. Dir. (D.O.C.), and individually,
LIEUTENANT DEPPE, individually,
CATHIE HOLST, Law Librarian, and individually,
CHARLES GIGANTE, Captain Ch. #8, any and all other John Does, all severally and jointly in their official capacity, and individually, and
ROBERT ALLEN, Assoc. Warden, and individually,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave of Court to Provide Expert Witnesses** [Doc. #103, filed 11/30/07] (the "Motion"). The plaintiff requests that the Court provide him with the following expert witnesses:

> John Lutenberg - C.B.I. Investigtor
> Daniel F. Bradley - F.B.I. Agent
> Lance Spurlock - D.O.C., Correctional Officer
> Kelly Murphy - D.O.C., Correctional Security Technician
> Charles Hudson - - D.O.C., Correctional Security Technician
> Needed - - - - Handwriting Analyst
> Needed - - - - Medical Doctor Specialist, Lower Lumbar
> Needed - - - - Psychologist who Specialize [sic] in Isolation
> Needed - - - - Polygraph Examiner Specialist

*Motion*, p. 2.

The plaintiff does not provide any authority for court-funded expert witnesses, and I am not aware of any. Although the plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 in a prisoner's civil rights case, section 1915 does not provide for court-funded experts:

> The Supreme Court has held that "expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress." United States v. MacCollom, 426 U.S. 317, 321, 96 S.Ct. 2086, 2089, 48 L.Ed.2d 666 (1976). The plain language of section 1915 does not provide for the appointment of expert witnesses to aid an indigent litigant.

Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995).

IT IS ORDERED that the Motion is DENIED.

Dated December 17, 2007.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge