IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 06-cv-00405-MSK-KMT | FTR |
| **Date:** March 03, 2008 | Debra Nawls, Deputy Clerk |
| RUSSELL E. FREEMAN | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| GARY WATKINS, et al. | Edward T. Farry, Jr. |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in Session: 8:18 a.m.**

Court calls the case. Apprearance of Russell E. Freeman, Plaintiff, pro se and Edward T. Farry, Jr. For Defendants.

Discussion regarding discovery issues of the case.

**ORDERED:** [108] MOTION For Enlargement of Time by Plaintiff is **GRANTED in part** as specified on the record. Discovery deadline is extended to April 06, 2008. Dispositive motions deadline is extended to April 21, 2008.

Arguments presented regarding [109] MOTION for Court to Compel the Production of Documents by Plaintiff .

**ORDERED:** [109] MOTION for Court to Compel the Production of Documents by Plaintiff is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant's Counsel shall send notice of the Deposition which will be completed on a Saturday prior to the April 06, 2008 discovery deadline. Plaintiff shall appear at the date and time contained within the Notice of Deposition.

**Court in recess 8:54 a..m.**

Total In-Court Time 0:36; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.