IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00405-MSK-KMT

RUSSELL EUGENE FREEMAN,

    Plaintiff,

v.

GARY WATKINS, Warden F.C.F.,
GLORIA MASTERSON, Assoc. Warden,
MICHAEL CLARK, Corr. Officer, Rec.,
LISA LEHN, Lieutenant,
CHARLES TAPPE, Hearing Chair Off.,
BRIAN BRADEN, Life Safety Coord.,
CHUCK DONLEY, Captain,
MARIA BORK, Corr. Officer,
DONNIE McCLURE, Corr. Officer,
DARRYL DIRECTO, Lieutenant,
BETTY RIGGIN, Lieutenant,
JOHN CARROLL, Case Manager III,
ROBERT LEWIS, Case Manager,
LARRY RIED, Warden C.S.P.,
CATHIE SLACK, Assoc. Warden,
RANDY FOSHE, Assoc. Warden,
ANGEL MEDINA, Security Major,
ROBERT ALLEN, Assoc. Warden,
JOE ORTIZ, Exec. Dir. (D.O.C.),
LIEUTENANT DEPPE,
CATHIE HOLST, Law Librarian,
CHARLES GIGANTE, Captain, and
ANY AND ALL OTHER JOHN DOES, all severally and jointly in their individual and official capacities,

    Defendants.

---

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER, OVERRULING THE PLAINTIFF'S OBJECTIONS, AND DENYING MOTION TO STAY

---

THIS MATTER comes before the Court on the Plaintiff's appeal **(#127)** from the

Magistrate Judge's Order **(#116)** permitting the Defendants to take his deposition, as well as his

motion **(#125)** to stay that Order.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff is incarcerated.  Last December, the Defendants filed a motion **(#114)** seeking leave to conduct the Plaintiff's deposition in accordance with Fed. R. Civ. P. 30(a)(2).  The Magistrate Judge granted **(#116)** the motion.

The Plaintiff now appeals **(#127)** from that Order and moves **(#125)** to stay it.  His objection to the Order is premised upon his contention that he did not receive the Defendants' motion **(#114)** until after the Magistrate Judge ruled on it.  He does not challenge the legal basis of the Magistrate Judge's ruling.

Pursuant to Fed. R. Civ. P. 72(a), the Court considers whether the Magistrate Judge's Order was clearly erroneous or contrary to law.  Under Fed. R. Civ. P. 30(a)(2), leave of the Court is required in order to depose an incarcerated individual.  It was entirely proper for the Magistrate Judge to grant the Defendants leave to depose the Plaintiff in this case.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Order **(#116)** granting the Defendants leave to depose the Plaintiff is **AFFIRMED**.  The objections raised by the Plaintiff in his appeal **(#127)** to such Order are **OVERRULED**, and his motion **(#125)** to stay the effect of that Order is **DENIED**.

Dated this 9th day of April, 2008

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge