IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00405-MSK-KMT

RUSSELL EUGENE FREEMAN,

   Plaintiff,

v.

GARY WATKINS, Warden F.C.F.,
GLORIA MASTERSON, Assoc. Warden,
MICHAEL CLARK, Corr. Officer, Rec.,
LISA LEHN, Lieutenant,
CHARLES TAPPE, Hearing Chair Off.,
BRIAN BRADEN, Life Safety Coord.,
CHUCK DONLEY, Captain,
MARIA BORK, Corr. Officer,
DONNIE McCLURE, Corr. Officer,
DARRYL DIRECTO, Lieutenant,
BETTY RIGGIN, Lieutenant,
JOHN CARROLL, Case Manager III,
ROBERT LEWIS, Case Manager,
LARRY RIED, Warden C.S.P.,
CATHIE SLACK, Assoc. Warden,
RANDY FOSHE, Assoc. Warden,
ANGEL MEDINA, Security Major,
ROBERT ALLEN, Assoc. Warden,
JOE ORTIZ, Exec. Dir. (D.O.C.),
LIEUTENANT DEPPE,
CATHIE HOLST, Law Librarian,
CHARLES GIGANTE, Captain, and
ANY AND ALL OTHER JOHN DOES, all severally and jointly in their individual and official capacities,

   Defendants.

---

**ORDER DENYING MOTION TO CONTINUE, BUT CONVERTING PRETRIAL CONFERENCE INTO A FED.R.CIV.P. 16 HEARING**

---

THIS MATTER comes before the Court on the Defendants' Motion to Vacate Final

Pretrial Conference **(#174)** set for September 3, 2008.

      **IT IS ORDERED** that the motion **(#174)** is **GRANTED** in part and **DENIED** in part. The Final Pretrial Conference is converted into a hearing under Fed. R. Civ. P. 16.

      **IT IS FURTHER OTHERED** that the Clerk of Court shall issue a writ of habeas corpus *ad testificandum* to transport the Plaintiff, Russell Eugene Freeman, from his place of incarceration (Centennial Correctional Facility) to the Court for the hearing set for September 3, 2008 at 4:00 p.m.

      Dated this 25th day of August, 2008

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge