**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 3, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 06-cv-00405-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| RUSSELL E. FREEMAN, | Russell Freeman *pro se* |
| Plaintiff, | |
| v. | |
| GARY WATKINS, Warden F.C.F., | Edward Farry |
| GLORIA MASTERSON, Assoc. Warden, | |
| MICHAEL CLARK, Corr. Officer, Rec., | |
| LISA LEHN, Lieutenant, | |
| CHARLES TAPPE, Hearing Chair Off., | |
| BRIAN BRADEN, Life Safety Coord., | |
| CHUCK DONLEY, Captain, | |
| MARIA BORK, Corr. Officer, | |
| DONNIE McCLURE, Corr. Officer, | |
| DARRYL DIRECTO, Lieutenant, | |
| BETTY RIGGIN, Lieutenant, | |
| JOHN CARROLL, Case Manager III, | |
| ROBERT LEWIS, Case Manager, | |
| LARRY RIED, Warden C.S.P., | |
| CATHIE SLACK, Assoc. Warden, | |
| RANDY FOSHE, Assoc. Warden, | |
| ANGEL MEDINA, Security Major, | |
| ROBERT ALLEN, Assoc. Warden, | |
| JOE ORTIZ, Exec. Dir. (D.O.C.), | |
| LIEUTENANT DEPPE, | |
| CATHIE HOLST, Law Librarian, | |
| CHARLES GIGANTE, Captain, and | |
| ANY AND ALL OTHER JOHN DOES, all severally and jointly in their individual and official capacities, | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Rule 16

**4:07 p.m.      Court in session.**

Counsel is present as listed above.  Statement from Mr. Farry that he represents all defendants except Lisa Lehn and Chuck Donley, who have not been served.  Plaintiff *pro se* is present in custody.  Statement from plaintiff that he has not served defendants Lehn and Donley as yet.

**ORDER:**      Defendants Lisa Lehn and Chuck Donley are **DISMISSED without prejudice.**

The Court addresses case status.  This hearing was converted from a Final Pretrial Conference because the case is not ready to proceed to trial at this time.

The Court addresses defendant's Appeal (**Doc. #161**) of the Magistrate's Order (**Doc. #157**) on Docket #139, 143, 145, 155.  No argument from Mr. Farry.  Argument by Mr. Freeman.

The Court addresses the possibility of plaintiff obtaining assistance from counsel that may be willing to represent him.

**ORDER:**      The Order denying plaintiff's motion for appointment of counsel (**Doc. #148**) is **VACATED.**  The Clerk of Court is requested to canvass attorneys willing to assist plaintiffs on a pro bono basis in cases such as this.

**ORDER:**      The plaintiff's appeal, (**Doc. #161**) from the magistrate judge's order, (**Doc. #157**), is treated as objections to the order and they are sustained.  The order, (**Doc. #157**) is set aside.  The plaintiff will have 60 days ( November 3, 2008) in which to file a second amended complaint which encompasses all the claims he wants to assert.  The defendant will have 20 days to respond to the Amended Complaint from date of receipt of same.

**ORDER:**      Defendant's Motion for Summary Judgment (**Doc. #149**) is **DENIED as moot**. **Court in recess.**

**ORDER:**      The Referral Order to the magistrate judge is amended as follows: If counsel is not provided to plaintiff, the magistrate judge will conduct a Rule 16 conference for the purpose reviewing the complaint and specifying the deficiencies or lack clarity in the claims.

**4:43 p.m.     Court in recess.**

**Total Time:  36 minutes.**
**Hearing concluded.**