IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06-cv-00405-MSK-KMT

RUSSELL E. FREEMAN,

 Plaintiff,
v.

GARY WATKINS, F.C.F. Warden, and individually,
GLORIA MASTERSON, Associate Warden, and individually,
MICHAEL CLARK, Corr. Officer, Rec., and individually,
CHARLES TAPPE, Hearing Chair Officer, and individually,
BRIAN BRADEN, Life Safety Coord., and individually,
MARIA BORK, Corr. Officer,, and individually,
DONNIE MCCLURE, Corr. Officer, and individually,
DARRYL DIRECTO, Lieutenant, and individually,
BETTY RIGGIN, Lieutenant, and individually,
JOHN CARROLL, Case Manager III, and individually,
ROBERT LEWIS, Case Manager, and individually,
LARRY RIED, C.S.P. Warden, and individually,
CATHIE SLACK, Assoc. Warden, and individually,
RANDY FOSHEE, Assoc. Warden, and individually,
ANGEL MEDINA, Security Major, and individually,
ROBERT ALLEN, Assoc. Warden, and individually,
JOE ORTIZ, Exec. Dir. (D.O.C.), and individually,
LIEUTENANT DEPPE, individually,
CATHIE HOLST, Law Librarian, and individually,
CHARLES GIGANTE, Captain Ch. #8, any and all other John Does, all severally and jointly in their official capacity, and individually, and
ROBERT ALLEN, Assoc. Warden, and individually,

 Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Vacate The Preliminary Scheduling Conference and Reset" (#197, filed February 17, 2009) is DENIED. The motion does not reflect that defense counsel has made efforts to confer with the plaintiff prior to the filing of this motion as required by the local rules. D.C.COLO.L.CivR. 7.1(A).

Dated: February 18, 2009