IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06–cv–00405–MSK–KMT

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN -2 2009**

**GREGORY C. LANGHAM**
                    **CLERK**

RUSSELL E. FREEMAN,

      Plaintiff,

v.

GARY WATKINS, F.C.F. Warden, and individually,
GLORIA MASTERSON, Associate Warden, and individually,
MICHAEL CLARK, Corr. Officer, Rec., and individually,
CHARLES TAPPE, Hearing Chair Officer, and individually,
BRIAN BRADEN, Life Safety Coord., and individually,
MARIA BORK, Corr. Officer,, and individually,
DONNIE MCCLURE, Corr. Officer, and individually,
DARRYL DIRECTO, Lieutenant, and individually,
BETTY RIGGIN, Lieutenant, and individually,
JOHN CARROLL, Case Manager III, and individually,
ROBERT LEWIS, Case Manager, and individually,
LARRY RIED, C.S.P. Warden, and individually,
CATHIE SLACK, Assoc. Warden, and individually,
RANDY FOSHEE, Assoc. Warden, and individually,
ANGEL MEDINA, Security Major, and individually,
ROBERT ALLEN, Assoc. Warden, and individually,
JOE ORTIZ, Exec. Dir. (D.O.C.), and individually,
LIEUTENANT DEPPE, individually,
CHARLES GIGANTE, Captain Ch. #8, any and all other John Does,
VICKI JARAMILLO,
BEVERLY NICHOLS,
JO JIMENEZ, and
KEVIN COVIN, all severally and jointly in their official capacity, and individually,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

At the hearing held before Magistrate Judge Kathleen M. Tafoya on June 1, 2009, Vicki Jaramillo, Beverly Nichols, Jo Jimenez, and Kevin Covin were added as defendants pursuant to the Second Amended Complaint.  Accordingly, as the plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants Jaramillo, Nichols, Jimenez, and Covin.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 1st day of June, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00405-MSK-KMT

Russell E. Freeman
Prisoner No.  76566
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215- 0600

Vicki Jaramillo, Beverly Nichols,
Joe Jimenez, and Kevin Covin  – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Edward T. Farry, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Vicki Jaramillo, Beverly Nichols, Joe Jiminez, and Kevin Covin; SECOND AMENDED COMPLAINT FILED 12/29/08, SUPPLEMENT TO COMPLAINT FILED 12/29/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/2/09   .

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk