#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   06-cv-00405-MSK-KMT | FTR |
| **Date:**   June 01, 2009 | Debra Brown, Deputy Clerk |
| RUSSELL E. FREEMAN | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| GARY WATKINS, et al. | Edward T. Farry, Jr. |
| Defendant(s). | |

### COURTROOM MINUTES / MINUTE ORDER

**RULE 16 CONFERENCE Re: Claims**

**Court in Session: 10:43 a.m.**

Court calls the case. Appearance of Russell E. Freeman, Plaintiff, pro se and Edward T. Farry, Jr. for Defendants.

**ORDERED:** Defendant's "MOTION to Withdraw First MOTION for Leave to Appear in Person" [Document #224, filed May 29, 2009] is **GRANTED.** Plaintiff's "First MOTION for Leave to Appear by Telephone" [Document #223, filed May 29, 2009] is **WITHDRAWN.**

Discussion regarding Plaintiff's "MOTION for Joinder of Additional Defendants" [Document #217, filed April 29, 2009] at issue. The Plaintiff asserted claims against these Defendants in his Second Amended Complaint but failed to name any Defendants, other than Defendant Watkins, in the caption. Therefore, Plaintiff does not seek to amend the complaint, but only to amend the caption.

**ORDERED:** Plaintiff's "MOTION for Joinder of Additional Defendants" [Document #217, filed April 29, 2009] is **GRANTED** to the extent that it adds the following named parties to the caption of the case, **Vicki Jaramillo, Beverly Nichols, Jo Jiminez and Kevin Covin.** The Clerk of the Court is directed to amend the caption accordingly.

**ORDERED:** The Court will arrange for service of the new Defendants.

Statements by the Court regarding the clarification of the parties and claims, the factual basis for each of the claims in Plaintiff's Second Amended Complaint and the legal theories upon which he relies.

Discussion regarding the named Defendants. The court informs the Plaintiff that there are no claims asserted against Defendant Holst.

**ORDERED:** As to the Defendant, Cathie (I) Holst, Plaintiff's voluntary dismissal for failure to state a claim is **GRANTED.** Defendant Holst shall be removed from the caption.

Based upon discussion by the Court and parties, the Court clarifies the Claims contained within Plaintiff's Second Amended Complaint and Part Two (Supplement/Amendment) [Document #190 and Document #191, filed December 29, 2008] as follows:

Claim #1: Discussion regarding substantive versus procedural due process claims.
Part I is deemed a claim for both substantive and procedural due process.
Part II is deemed a claim that the defendants retaliated against the plaintiff for asserting his due process rights.
Part III is deemed a procedural due process claim only.

Claim #2: Discussion regarding Plaintiff's Eighth Amendment claim of cruel and unusual punishment.
Part II is modified by interlineation to correct the asserted date of March 17, 2004, to reflect the date April 24, 2004.

Claim #3: Discussion regarding Plaintiff's Conspiracy claim. The court deems this claim to be a claim for conspiracy and retaliation. The court does not construe this claim to be a claim for conspiracy to violate Plaintiff's equal protection rights.

Claim #4: Discussion regarding Plaintiff's claim for denial of equal protection and discrimination. The court deems this claim as an attempt to claim violation of equal protection.

Claim #5: Discussion regarding Plaintiff's claim for illegal confiscation and destruction of personal and private property. The court deems this as a claim that defendants violated Plaintiff's Fifth and Fourteenth Amendment rights.

Claim #6: Discussion regarding Plaintiff's claim for denial of access to the courts. The court deems this as a claim that the defendants violated Plaintiff's First and Fourteenth Amendment rights.

Claim #7: Discussion regarding Plaintiff's claim for deprivation of right to privacy. In his complaint, the plaintiff has stated a claim under the Fourth Amendment. He now states the Fourteenth Amendment should also apply. The court deems this as a claim that the defendants violated Plaintiff's Fourth and Fourteenth Amendment rights.

Discussion regarding discovery schedule. Mr. Farry states, in light of the rulings made today, he would like to take Plaintiff's deposition again. Plaintiff agrees. Mr. Farry will be filing an unopposed motion.

**ORDERED:**   An answer or other responsive pleading shall be filed after service of Defendants Jaramillo, Nichols, Jimenez and Covin in accordance with the Federal Rules of Civil Procedure.

**Court in Recess: 11:50 a.m.**
Total In-Court Time 1:07, hearing concluded

*To obtain a transcript of this proceeding, please contact Adrienne Whitlow at (303) 695-1121.