# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   06-cv-00405-MSK-KMT | FTR |
| **Date:**   February 18, 2010 | Debra Brown, Deputy Clerk |
| RUSSELL E. FREEMAN | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| GARY WATKINS, et al. | Edward T. Farry, Jr. |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 10:42 a.m.**

Court calls the case. Appearance by Plaintiff, pro se by telephone and of Counsel.

Plaintiff's [257] MOTION for Issuance of Subpoena Service at issue.
Statements by Mr. Freeman.
Statements by Mr. Farry.

**ORDERED:**   Plaintiff's [257] MOTION for Issuance of Subpoena Service is **DENIED** as follows:

Plaintiff's request for medical records of Defendant Bork is **DENIED with prejudice.**  The motion is otherwise **DENIED without prejudice** to be re-filed at the appropriate time.

**Court in recess: 11:11 a.m.**
Total In-Court Time 0:29; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.