IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06–cv–00405–MSK–KMT

RUSSELL E. FREEMAN,

      Plaintiff,

v.

GARY WATKINS, F.C.F. Warden, and individually,
GLORIA MASTERSON, Associate Warden, and individually,
MICHAEL CLARK, Corr. Officer, Rec., and individually,
CHARLES TAPPE, Hearing Chair Officer, and individually,
BRIAN BRADEN, Life Safety Coord., and individually,
MARIA BORK, Corr. Officer,, and individually,
DONNIE MCCLURE, Corr. Officer, and individually,
DARRYL DIRECTO, Lieutenant, and individually,
BETTY RIGGIN, Lieutenant, and individually,
JOHN CARROLL, Case Manager III, and individually,
ROBERT LEWIS, Case Manager, and individually,
LARRY RIED, C.S.P. Warden, and individually,
CATHIE SLACK, Assoc. Warden, and individually,
RANDY FOSHEE, Assoc. Warden, and individually,
ANGEL MEDINA, Security Major, and individually,
ROBERT ALLEN, Assoc. Warden, and individually,
JOE ORTIZ, Exec. Dir. (D.O.C.), and individually,
LIEUTENANT DEPPE, individually,
CHARLES GIGANTE, Captain Ch. #8, any and all other John Does,
VICKI JARAMILLO,
BEVERLY NICHOLS,
JO JIMENEZ, and
KEVIN COVIN, all severally and jointly in their official capacity, and individually,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's letter/motion for an emergency court order to prevent the illegal confiscation of legal documents and materials is DENIED. The court declines to interfere in the day-to-day activities of prison administration.

Moreover, to the extent Plaintiff is seeking a preliminary injunction, the motion is denied without prejudice, as Plaintiff has failed to address the requirements for injunctive relief set forth in *Schrier v. Univ. of Colo.*, 427 F.3d 1253, 1258 (10th Cir. 2005).

Dated: April 6, 2010